

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-18-00021-CV

**In the Interest of L.T. ET AL**, Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01683
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on March 14, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_____
Keith E. Hottle, Clerk of Court